**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:10-CR-109-KJD-(PAL) |
| JENNA DEPUE, | ) ) | |
| Defendant. | ) ) | |

**ORDER OF FORFEITURE**

This Court found on March 16, 2010, that JENNA DEPUE shall pay the criminal forfeiture money judgment of $1,060,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Change of Plea, ECF No. 2, 3, and 4; Information, ECF No. 6; Plea Memorandum, ECF No. 11; Order of Forfeiture, ECF No. 12.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JENNA DEPUE the criminal forfeiture money judgment in the amount of $76,667.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1 | United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,
2 | United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3 | DATED this 9th day of DECEMBER, 2014.

_____
UNITED STATES DISTRICT JUDGE

2